Plaintiffs

Robert D Barrett jr #75009

vs

Warden: Ms. White
Unit Manager: Ms. Salazar
Director or Secretary of
Correctional Department: Alisha Tafoya Lucero

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 06 2025

MITCHELL R. ELFERS
CLERK

25cv238 KG/JHR

## I
## Defendants

This Honorable Court has the jurisdiction to review this 1983 under Fed. Class (Fed. R

## II

All ~~Defendants~~ Plaintiffs of this claim are acting under Color of the State of New Mexico, Plaintiffs 8th and 14th Amendments of the Constitutional Rights and state laws.

Robert Barrett jr #75009
Plaintiffs name I

_(signature)_ #75009   02/26/25
(signature/Date)

(Plaintiffs name) II
(signature II)      (Date)         Y

(Plaintiffs name) II ~~signature~~
(signature II)      (Date)         X

TO: Risk Management Division
Joseph Montoya Bldg.
1100 South Saint Francis Drive
Santa Fe New Mexico 87501

Date: 02/26/25
(Dat form being sent)

## Notice of Claim
(This form must be filed before filing a tort claim)
Pursuant §41-4-16, N.M.S.A. (1978) You are advised that:

I Robert D Barrett jr #75009, hereby give notice that I sustained a loss/injury for wich I may be entitled to recover, pursuant to the New Mexico Tort Claim Act.

The loss/injury occurred on or about 02/14/25 - 02/26/25,
(Print date of loss/injury)
at the Penitentiary of New Mexico/North facility under the
(Name of facility)
following circumstan:

(Please state facts briefly and clearly.)
Violation of civil Right, Violation of Constitutional Right, Breech of liberty and cruel and unusual punishment.

X _____

Robert D Barrett jr #75009
(Name of Plaintiff)

X _____

_[signature]_
(Signature of Plaintiff)

02/26/25
(Date)

(Complaint)    pg 1

#75009

I Robert D Barrett jr am currently incarcerated in New Mexico's Department of Corrections in Sant Fe at the North Facility. They say this North Facility is a New facility from it being remodeled, on 02/14/25 I along with all the other inmate wer transferd from the south facility over to the North facility. Do to the North facility being redon that the Warden and maintnance would make sure everything is ready and working properly. Or that there would be some kind of cleaning supplies on hand for us inmates to use for once we moved in, for im sure that the warden had to af seen some of the cells or done some walk throughs of the facility before moving us in. So if they did walk through and check the cells and facility like they are suppost to for safety reason, well for multiple reasons then they would have seen how filthy nasty dirty the et cells wer and how brown the water was and that the plumbing wasnt working well and seen that the heaters werent working. And its one of two things. the Warden didnt check the facility/cells water plumbing and heaters and just moved us in. Or The Warden did walk through the facility and was aware of how filthy the cells wer and aware of water, plumbing, heaters well lets just say all of the problems and moved us in any way. Witch was wrong because being a warden you are suppost to know about these problems and have these problems dealt with before new problems occure, or at least have the supplies for cleaning on hand, or have informals and

pg 2

grievances on hand instead of us having to ask for 5 to 6 days before getting any. On 02/14/25 we wer all transferd from the south facility to the North facility that 70% of staff are saying this facility was not ready to be moved into. I was moved into 3A @ 108 top <u>tier</u>, when the officers placed me in cell 108 I seen how filthy the cell was and asked for cleaning supplies and was told thier was none at the facility it was all at the old facility the South. Thier was so much dirt and dead insects on my cell floor i would put my hand on the walls or table and bunk and my hand would be black from all the dirt. They just threw my Bedding in the cell witch got dirt all over it. they wouldn't give uss any kind of rag so i had to use a towel wich we only get 2 towels, the staff threw away my knit cap Beenie my thermal and some of my Hygiene. The cell was unbarebly cold the toilet was brown. I used my towel and attempted to clean but had to stop because instead of cleaning i was creating mud from how much dirt and dust was in my cell. Maybe within an hour of being in my cell my toilet started to over flow, another cell would flush there toilet and my toilet would over flow, my cell 108 and cell 101 was over flowing i amediately asked staff to call maintnance and was told around 30 minutes later that they couldn't get ahold of maintnance and they wer realy busy with all the moves. I asked for chemicals gloves and cleaning supplies so i can clean up the pee and fecol matter on my cell floor but was told again there was none. The pee and fecol matter and water coming out of my toilet mixed with all the dirt on the cell floor was a mess. I had to ask the other

pg 3

inmates to please not flush thier toilets so much, I had asked the staff around the time he brought dinner trays if they found any cleaning supplies and yet again no. I also showed the C.O my blankets witch i had a half of a blanket that was torn in half and another old worn out with holes in it and was told the facility was out of blankets. So i got pee and Fecol water coming out of my toilet mixing with all the dirt on my floor making a mud mess, i got dust and dirt all over the walls, table, bunk, mattress sink. Dirty brown water coming out of the sink and thats the only drinking water we have, C.O's tell me that the other pods toilets are backed up. Then the air gets turned on and starts blowing all kinds of dust around making it hard to breath. I wake up on 02/15/25 Saturday morning to my toilet overflowing again, i have to step over Fecol matter poop on my cell floor and grab my breakfast tray so i can eat, i ask again for cleaning supplies and maintnance and was told maintnance is off on the weekends and they dont have any chemicals or cleaning supplies yet. I have to repeatedly clean up water with pee and fecol/poop off of my floor with no glove just my towel and a little bit of shampoo, my hands started to smell like poop no matter how many time i would wash them i had nowere to throw away the fecol/poop matter but back into the toilet for it to come back out 20-30 minutes later when someone flushed there toilet, my cell had a verry bad smell. I would have to eat my trays/meals 3 times a day with sewage 5 feet away. I also have seizures

pg 4

and take medication for them and i sleep on the floor for safety reasons and had the sewage a few feet from me. It was really hard and ackward to use the restroom due to me having to set in sewage because my toilet would be overly foul it was realy nasty and unsanitairy i would have a mess on me and i would be locked down 23 hours a day, showers 3 times a week. The cells would get so cold it would hurt to move and you could see your breath somtimes, the heaters werent working. The Warden/deputy warden did a walk through and said it was realy cold and didnt know what was going on with the heaters. They wouldnt give us jackets threw away our beenies/knit caps sweaters sweats thermals witch was uncalled for. They came around 02/16/25 sunday around 11:30pm or 12:00am and gave us a brand new blanket due to how cold it was, when they had stated they didn't have anymore blankets thats why they gave us all old thin blankets, half blankets, blankets with holes. They didnt get my toilet fixed until 02/17/25 late afternoonish, heaters around 02/18/25 or 02/19/25. It was so cold and dusty dirty and smelled so bad it was having me feel bad and we would ask for informals and didn't recieve any untill 5 days later. I tried to turn in a sick call at first and was told the computer was down and sick calls wer piling up to hold on to it so it don't get lost. By Policy medical is suppost to have a health care personal do a daily walk through to each each individual inmate in R.H.U. but that doesnt happen. I would ask over and over to be issued a tablet for legal Libuairy sence 1/29/25 - got it on

pg 5

02/21/25 i would ask for legal law libuairy request forms and was told didnt have any printed out. I would ask some of the med pass nurses why i am being house on a top teir due to my medical reason of cant be on a top teir or top bunk due to my seizures but was told its up to security. Medical is suppost to let security know upon my arrival but that was over looked but they bring or give me seizure meds every night so you would think them being medicaly trained would say you cant be on a top teir. If i was to have a seizer how would they carry me down the stairs in the middle of one. i was on a top teir from 01/26/25 - 02/19/25, it is in my medical file. I was moved to 3B v 104 on 2/19/25 and they had just gotten the heaters working in 3B then on 02/21/25 Friday they came and turned the bottom teirs cells heaters off and it is realy cold, it is now 02/26/25 its been off for 5 days, the bottom cells are cold while the top cells are warm. It was wrong to know about these issues but still move us over into a facility that wasnt ready. I had to set in a cell with a toilet over flowin throughout the day, had to use just a towel an shampoo to clean up pee water with poop/fecal matter nowere to throw it away but back in toilet for it to over flow again. Hands started to smell like poop/fecal matter for not having gloves, had to eat my meals with sewage 5 feet away, had to smell sewage all day. Due to my medical condition had to sleep on floor 5 feet away from sewage, had to freez in a cell for a number of days with no heater. Policy state they have 48 hours after any verbal or written complaint

pg 6.
to fix our toilets, but took longer than 48 hours. I went through cruel and ~~unusuale~~ unusuale punishment for a number of day after being transfered from the south to the North facility. I would like to know if the warden/deputy warden had done thier round at the facility and seen how the cells/pods wer and knew about plumbing, heaters and water wer and still moved us in, not caring how it was gonna effect us. We are human as well we didnt deserve this. Or if they didnt do their round like they wer supost to.

Robert D Barrett jr #75009
(Print name)

[signature] jr 75009
(Signature)

X _____

X _____

(Relief Sought)

That the Director of the Department of Corrections of New Mexico, and the Warden of the North Facility in Sant Fe New Mexico be advised and addressed to correct there staff. Also the Duran attorneys as well as our own attorneys be informed, Plaintiffs are asking for injuctive relief, also that the sum of $100,000 be awarded for each state law violated and $500,000 be awarded for every Constitutional Rights violated and a justifiable sum be awarded for each day we had to endure the cruel and unusual punishment or however this court seems just or deems fit.

#75009
Robert D Barrett Jr _Robert D Barrett Jr_    X _____

_____

Declaration under Penalty of Perjury:

The undersighned declares under Penalty of Perjury That He/she has read the above complaint and the information contained in the complaint is true and Correct 28 U.S.C. §1746; 18 U.S.C §

02/26/25  #75009
Robert D Barrett Jr _Robert D Barrett Jr_

_____

X _____

My name is Robert Barrett #75009 and i am humbly asking if the Court will send me a 42 U.S.C. §1983 pack a blank complaint pack and a blank motion to proceed in forma pauperis, also if there is a list of civil attorney, names and address or phone #. And if you can please give me a respon back as soon as possible. Thank you for your time.

Robert Barrett
2/26/25

