IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT BARRETT,

    Plaintiff,

v.                                                                                 Civ. No. 25-0238-KG-JHR

FNU WHITE, *et al*,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court following Plaintiff Robert Barrett's failure to prosecute his *pro se* Prisoner Civil Rights Complaint. (Doc. 1). Plaintiff was incarcerated at the Penitentiary of New Mexico (PNM) when he filed this case. He did not prepay the $405 filing fee or alternatively, file a motion to proceed *in forma pauperis*. By an Order entered September 16, 2025, the Court directed Plaintiff to cure the deficiency within thirty (30) days. (Doc. 2). The Order warns that the failure to timely comply may result in dismissal of this case without further notice.

The deadline to address the filing fee requirement expired no later than October 16, 2025. Plaintiff did not comply, and the Order was returned as undeliverable. (Doc. 3) (returned mail envelope). Plaintiff has not updated his address as required by D.N.M. Local Civil Rule 83.6. Hence, the Court will dismiss the Complaint (Doc. 1) and this case without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

IT IS ORDERED:

1. Plaintiff's Prisoner Civil Rights Complaint (Doc. 1) is dismissed without prejudice.

2. The Court will enter a separate judgment closing the civil case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.